IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IFEANYI NWANI,<br><br>               Plaintiff,<br><br>v.<br><br>DOMMONIEKE GREENE, et al.,<br><br>               Defendants. | CIVIL ACTION<br>NO. 17-3017 |

## ORDER

**AND NOW**, this 30th day of May 2018, upon consideration of Plaintiff's Motion to Appoint Counsel (Doc. No. 24), Defendants Daniel Boyd and the Springfield Police Department's Motion to Dismiss (Doc. No. 25), Defendants Dommonieke Greene and Target's Motion to Dismiss (Doc. No. 26), Plaintiff's Opposition to Defendants' Motion to Dismiss (Doc. No. 27), and Defendants Dommonieke Greene and Target's Response in Support of its Motion to Dismiss (Doc. No. 28), and in accordance with the Opinion issued by the Court on this day, it is **ORDERED** as follows:

1. Plaintiff's Motion to Appoint Counsel (Doc. No. 24) is **DENIED AS MOOT.**

2. Defendants Daniel Boyd and the Springfield Police Department's Motion to Dismiss (Doc. No. 25) is **GRANTED.**

3. Defendants Dommonieke Greene and Target's Motion to Dismiss (Doc. No. 26) is **GRANTED**.

1

4. The Clerk of Court shall close this matter for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.